NO. 07-11-00164-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 13, 2011

_____

IN RE JAY GID BRYAN, RELATOR

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relator Jay Gid Bryan, appearing *pro se*, filed a petition for writ of mandamus on April 18, 2011. He did not pay the required filing fee, nor did he file an affidavit of indigence. *See* Tex. R. App. P. 5 (unless excused by law, filing fee in civil case due when item presented for filing); 20.1 (procedure for indigent in civil cases). By letter of April 19, 2011, we advised relator that "the filing fee in the amount of $125.00 did not accompany the captioned original proceeding. Unless the filing fee is paid by Friday, April 29, 2011, this proceeding will be subject to dismissal. *See* Tex. R. App. P. 5." On April 27, relator filed a motion requesting an additional five days to pay the filing fee. Nevertheless, as of this date, we have not received the filing fee.

Accordingly, we dismiss relator's petition. *See* Tex. R. App. P. 5, 42.3(c). Relator's motion for additional time is dismissed as moot.

Per Curiam